UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JSP SILVERDALE LAND, LLC; CG SILVERDALE LAND LLC; and, TC SILVERDALE LAND LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KITSAP COUNTY,<br><br>Defendant. | Case No. 3:25-cv-05288-JNW<br><br>**ORDER ON INITIAL LAND USE PETITION ACT HEARING** |
| TC SILVERDALE LAND LLC, JSP SILVERDALE LAND, LLC; and CG SILVERDALE LAND LLC;<br><br>Plaintiffs,<br><br>vs.<br><br>KITSAP COUNTY,<br><br>Defendant. | |

ORDER ON INITIAL LAND USE PETITION ACT HEARING
CASE NO. 3:25-cv-05288-JNW          - 1

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

This matter came before the Court for the initial hearing under the Land Use Petition Act, Chapter 36.70C. Having considered any motions filed to date, any responses, and all relevant materials, and being fully advised,

IT IS HEREBY ORDERED:

**A. Jurisdiction, Parties, and Defenses**

1. <u>Jurisdiction.</u> This Court has jurisdiction to review Plaintiffs' claim under the Land Use Petition Act (LUPA), chapter 36.70C RCW, pursuant to the Court's supplemental jurisdiction under 28 U.S.C. § 1367. Plaintiffs have met all procedural requirements for bringing the Petition to a hearing on the merits.

2. <u>Defenses.</u> All defenses for lack of standing, untimely filing and/or service of Complaint/Petition and/or failure to join persons needed for adjudication are waived or denied.

3. <u>Hearing on the Merits.</u> The Court will review Plaintiffs' Land Use Petition Act claim at a hearing on the merits.

**B. Preparation of the Record on Review**

1. <u>Submittal of the Documentary Record.</u> The deadline for the County to file a certified copy of the written administrative record is **November 6, 2025**. Any corrections, additions, or supplements to the Administrative Record not agreed to by Plaintiffs and the County shall require a motion to the Court.

2. <u>Payment for Preparation of the Record.</u> Plaintiffs shall pay the County for preparation of the record within 20 days after receiving an invoice, unless otherwise agreed between Plaintiffs and the County. Failure to timely pay the

ORDER ON INITIAL LAND USE PETITION ACT HEARING
CASE NO. 3:25-cv-05288-JNW    - 2

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

County shall constitute grounds for dismissal of the petition pursuant to RCW 36.70C.110(3).

    3.    <u>Submittal of Verbatim Transcript.</u>  The transcript shall be filed with the Court by Plaintiffs by **November 6, 2025**.

    4.    <u>Copies of the Record</u>.  Any party desiring copies of portions or all of the documentary record may obtain a copy by paying to the County the cost of copying the portion of the record requested.

    5.    <u>Discovery Cutoff</u>. At this time, the Court has not considered a request for pretrial discovery for this case's LUPA claim.

**C. Briefing Schedule**

<u>Briefing Schedule.</u>  The briefing schedule shall be as follows:

| | |
|---|---|
| Brief of Plaintiffs | **November 19, 2025** |
| Brief of Respondent | **December 10, 2025** |
| Reply Brief of Petitioner | **December 17, 2025** |

The opening briefs are limited to 8,400 words and the reply brief is limited to 4,200 words. These limitations are subject to modification if Plaintiffs and/or the County elect to file dispositive motions to be heard contemporaneously with the LUPA claim.

ORDER ON INITIAL LAND USE PETITION ACT HEARING
CASE NO. 3:25-cv-05288-JNW  - 3

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

**D. Date for Hearing on the Merits.**

The hearing on the merits of Plaintiffs' Land Use Petition Act claim shall be held as follows:

Date: **Monday, December 29, 2025**

Time: 10:00 a.m.

Location: In-person at the United States Courthouse, 700 Stewart Street, Seattle, WA 98101 in Courtroom 16B.

DATED this 29th day of October, 2025.

Jamal N. Whitehead
United States District Judge

PRESENTED BY:

*By: s/ Charles A. Klinge*

Charles A. Klinge, WSBA #26093

Stephens & Klinge LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
Telephone: (425) 453-6206
Email: klinge@sklegal.pro
*Attorneys for Plaintiffs JSP Silverdale Land LLC,
CG Silverdale Land LLC, and TC Silverdale Land LLC*

ORDER ON INITIAL LAND USE PETITION ACT HEARING
CASE NO. 3:25-cv-05288-JNW    - 4

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206