THE HONORABLE JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JSP SILVERDALE LAND, LLC; et al.,

                    Plaintiffs,

-vs-

KITSAP COUNTY,

                    Defendant.

TC SILVERDALE LAND LLC, et al.,

                    Plaintiffs,

-vs-

KITSAP COUNTY,

                    Defendant.

NO.  3:25-cv-05288-JNW
NO.  3:25-cv-05558-DGE

(Consolidated into
No. 3:25-cv-05288-JNW)

JOINT STIPULATED MOTION AND
ORDER EXTENDING TRIAL DATE
AND PRETRIAL DEADLINES

NOTE ON MOTION CALENDAR:
March 25, 2026

Plaintiffs, JSP SILVERDALE LAND, LLC; CG, SILVERDALE LAND LLC; and, TC SILVERDALE LAND LLC, by and through their counsel of record, and Defendant KITSAP COUNTY, by and through its counsel of record, hereby move the court to continue the current trial date of November 9, 2026, approximately 180 days to May 10, 2027, and to extend the

JOINT STIPULATED MOTION AND ORDER EXTENDING TRIAL
DATE AND PRETRIAL DEADLINES
3:25-cv-05288-JNW – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

remaining deadlines in the Court's Order Setting Trial Date and Related Dates (Dkt. No. 21) by approximately 180 days as well.

The parties have conferred and agree a continuance of the trial date and pretrial deadlines in this case would be beneficial given the complexities of the issues involved and this Court's pending decision on the LUPA hearing that took place on December 29, 2025. The parties are unable to significantly move forward in identifying potential experts or in navigating a potential change of the dynamics in this case that could result from the pending LUPA decision. An extension of the trial date and all pretrial deadlines will accomplish more effective pretrial procedures, promote meaningful settlement discussions, and promote more effective judicial economy while the parties await this Court's LUPA decision.

Good cause exists to extend the trial date and pretrial deadlines in this case. The parties request that the trial and pretrial deadlines be continued as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| BENCH TRIAL begins | November 9, 2026 at 9am | May 10, 2027 at 9am |
| Deadline for filing amended pleadings | April 13, 2026 | October 12, 2026 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | April 13, 2026 | October 12, 2026 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | May 13, 2026 | November 9, 2026 |
| Discovery completed by | June 12, 2026 | December 9, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | July 13, 2026 | January 11, 2027 |

JOINT STIPULATED MOTION AND ORDER EXTENDING TRIAL
DATE AND PRETRIAL DEADLINES
3:25-cv-05288-JNW – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

| Settlement conference under LCR 39.1(c)(2) must be held no later than | September 10, 2026 | March 9, 2027 |
|---|---|---|
| All motions in limine must be filed by (*see* LCR 7(d)) | September 30, 2026 | March 29, 2027 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | October 19, 2026 | April 19, 2027 |
| Agreed pretrial order due | October 19, 2026 | April 19, 2027 |
| Trial briefs must be filed by | October 26, 2026 | April 26, 2027 |
| Pretrial conference | November 2, 2026 at 1:30pm | May 3, 2027 at 1:30pm |

Respectfully submitted this 25th day of March, 2026.

STEPHENS & KLINGE LLP

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

*/s/ Charles A. Klinge* via email approval on 3/25/2026

*/s/ Anna K. Aruiza*

Charles A. Klinge, WSBA #26093
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
Telephone: (425) 453-6206
Email: klinge@sklegal.pro

Attorneys for Plaintiffs

NEIL R. WACHTER, WSBA No. 23278
ANNA K. ARUIZA, WSBA No. 39663
SARA R. CASSIDY, WSBA No. 61762
Deputy Prosecuting Attorneys
614 Division Street, MS 35A
Port Orchard, WA  98366
Email: NRWachter@kitsap.gov
AAruiza@kitsap.gov
SCassidy@Kitsap.giv

Attorneys for Defendant

JOINT STIPULATED MOTION AND ORDER EXTENDING TRIAL
DATE AND PRETRIAL DEADLINES
3:25-cv-05288-JNW – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

ORDER

IT IS SO ORDERED.

DATED this 26th day of March, 2026.

_____
The Honorable Jamal N. Whitehead
United States District Judge

JOINT STIPULATED MOTION AND ORDER EXTENDING TRIAL
DATE AND PRETRIAL DEADLINES
3:25-cv-05288-JNW – Page 4

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros