UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JSP SILVERDALE LAND, LLC, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>KITSAP COUNTY,<br><br>Defendant. | Case No. 3:25-cv-05288-JNW<br><br>Consolidated Case<br><br>**JOINT REQUEST TO CLARIFY LUPA DECISION AND ORDER** |

Plaintiffs JSP Silverdale Land LLC, CG Silverdale Land LLC, and TC Silverdale Land LLC and Defendant Kitsap County join in seeking to have the Court clarify the Court's action in issuing the Order Granting Petitioner's LUPA Petition, Dkt. 41 (5/6/26). Specifically, the Court is requested to clarify that only the Land Use Petition Act matter is remanded and not the entire case—that the Court retains jurisdiction over the other claims and defenses.

JOINT REQUEST TO CLARIFY LUPA DECISION
AND ORDER
CASE NO. 3:25-cv-05288-JNW          1

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

The Order decided Plaintiffs' claim under the Land Use Petition Act. The Court has taken no substantive action regarding Plaintiffs' other claims and the County's defenses. *See* Dkt. 1 (Complaint RE Other Fees), Dkt. 1 in closed case No. 3:25-cv-05558 (Complaint and Land Use Petition re Sewer Fees), Dkt. 16 (Answer re Sewer Fees), Dkt. 17 (Answer re Other Fees).

## ORDER

The Court clarifies that the intent of the Order Granting Petitioner's LUPA Petition, Dkt. 41 (5/6/26) is to remand only the LUPA matter to Kitsap County, and that all other claims and defenses raised by the parties remain within the jurisdiction of this Court at this time.

Dated this 13th day of May, 2026.

JAMAL N. WHITEHEAD
United States District Judge

Presented by:

STEPHENS & KLINGE LLP

*By: /s/ Charles A. Klinge*
Charles A. Klinge, WSBA #26093

10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
Telephone: (425) 453-6206
Email: klinge@sklegal.pro
*Attorneys for Plaintiffs*

CHAD M ENRIGHT
Kitsap County Prosecuting Attorney

*By: /s/ Neil R. Wachter*
Neil R. Wachter, WSBA #23278
Anna K. Aruiza, WSBA #39663
Sara R. Cassidy, WSBA #61762

JOINT REQUEST TO CLARIFY LUPA DECISION
AND ORDER
CASE NO. 3:25-cv-05288-JNW                    2

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

614 Division Street, MS-35A
Port Orchard, WA 98366-4676
Telephone: (360) 337-4992
Email: aaruiza@kitsap.gov
*Attorneys for Defendant Kitsap County*

JOINT REQUEST TO CLARIFY LUPA DECISION
AND ORDER
CASE NO. 3:25-cv-05288-JNW        3

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206