THE HONORABLE JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JSP SILVERDALE LAND, LLC; et al.,<br><br>Plaintiffs,<br><br>-vs-<br><br>KITSAP COUNTY,<br><br>Defendant. | NO. 3:25-cv-05288-JNW<br>NO. 3:25-cv-05558-DGE<br><br>(Consolidated into<br>No. 3:25-cv-05288-JNW)<br><br>SECOND JOINT STIPULATED MOTION AND ORDER EXTENDING TRIAL DATE AND PRETRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR: |
| TC SILVERDALE LAND LLC, et al.,<br><br>Plaintiffs,<br>-vs-<br><br>KITSAP COUNTY,<br><br>Defendant. | |

Plaintiffs, JSP SILVERDALE LAND, LLC; CG SILVERDALE LAND LLC; and, TC SILVERDALE LAND LLC, by and through their counsel of record, and Defendant KITSAP COUNTY, by and through its counsel of record, hereby move the court to continue the current trial date of May 10, 2027, approximately 60 days to **July 19, 2027**, and to extend the remaining



**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992 Fax (360) 337-7083
www.kitsapgov.com/pros

deadlines in the Court's Order Extending Trial Date and Pretrial Deadlines (Dkt. No. 40) by approximately 60 days as well.

The parties have conferred and agree that an additional continuance of the trial date and remaining pretrial deadlines in this case would be beneficial given the complexities of the issues involved, and the parties' need to conduct additional discovery. An additional extension of the trial date and remaining pretrial deadlines will accomplish more effective pretrial procedures, promote meaningful settlement discussions, and promote more effective judicial economy.

Furthermore, the parties stipulate that no additional written discovery (Interrogatories, RFPs, and RFAs) will be propounded in this matter.

Good cause exists to extend the trial date and pretrial deadlines in this case. The parties request that the trial date and pretrial deadlines be continued as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| BENCH TRIAL begins | May 10, 2027 at 9am | July 12, 2027 at 9am |
| Motions to compel discovery must be filed by (*see* LCR 7(d)) | November 9, 2026 | January 29, 2027 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | November 12, 2026 | December 3, 2026 |
| Discovery completed by | December 9, 2026 | January 29, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | January 11, 2027 | February 22, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | March 9, 2027 | March 22, 2027 |
| All motions in limine must be filed by (*see* LCR 7(d)) | March 29, 2027 | May 28, 2027 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | April 19, 2027 | **June 17, 2027** |



**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992 Fax (360) 337-7083
www.kitsapgov.com/pros

| | | |
|---|---|---|
| Agreed pretrial order due | April 19, 2027 | **June 17, 2027** |
| Trial briefs must be filed by | April 26, 2027 | June 25, 2027 |
| Pretrial conference | May 3, 2027 at 1:30pm | July 2, 2027 at 1:30pm |

Respectfully submitted this 18th day of November, 2026.

STEPHENS & KLINGE LLP

/s/ Charles A. Klinge

Charles A. Klinge, WSBA #26093
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
Telephone: (425) 453-6206
Email: klinge@sklegal.pro
Attorney for Plaintiffs

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

/s/ Neil R. Wachter

NEIL R. WACHTER, WSBA No. 23278
ANNA K. ARUIZA, WSBA No. 39663
Senior Deputy Prosecuting Attorneys
614 Division Street, MS 35A
Port Orchard, WA 98366
Email: NRWachter@kitsap.gov
AAruiza@kitsap.gov
Attorneys for Defendant



**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992 Fax (360) 337-7083
www.kitsapgov.com/pros

ORDER

**<u>The Court GRANTS the parties' second stipulated motion to continue. To accommodate the Court's schedule, the trial date is continued to July 19, 2027. The Court anticipates this will be the last continuance granted in this matter.</u>**

IT IS SO ORDERED.

DATED this 19th day of November, 2026.

The Honorable Jamal N. Whitehead
United States District Judge



**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992 Fax (360) 337-7083
www.kitsapgov.com/pros